UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LEON CHARTRAND | Case No: 1:04CV423 |
| Plaintiff, | Judge Herman J. Weber |
| vs. | |
| MILACRON, INC. | |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Civil Rule 41(a)(1), the parties stipulate that this action is hereby voluntarily dismissed with prejudice.

/s/ David S. Mann
David S. Mann (0015519)
Michael T. Mann (0073845)
MANN & MANN, LLC
1900 Kroger Building
1014 Vine Street
Cincinnati, Ohio 45202
(513)621-2888
Fax No. (513)345-4449
E-mail:david@mannandmannlaw.com
michael@mannandmannlaw.com

Attorneys for Plaintiff

/s/ Roger Weber
Roger Weber, Esq.(0001257)
Patricia Anderson-Pryor (0069545)
Taft, Stettinius & Hollister
425 Walnut Street, Ste 1800
Cincinnati, OH 45202
(513)357-9371
Fax No. (513)381-0205
E-mail: weber@taftlaw.com
pryor@taftlaw.com

Attorneys for Defendant